UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AIRWAIR INTERNATIONAL LTD.,
a company of the United Kingdom,

        Plaintiff(s),

    v.

VANCL, a company of China;
OVERLABELED, INC., a California
corporation: and Does 1-50.

        Defendant(s).
_____/

No. C  CV 12 3700 DMR

**CONSENT TO PROCEED BEFORE A
UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

    In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.  Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: August 01, 2012
_____

/s/ Robert J. Esposito
_____
Signature

Counsel for  Plaintiff Airwair International
(Plaintiff, Defendant or indicate "pro se")