**BRYAN CAVE LLP**
Marcy J. Bergman, California Bar No. 75826
Robert J. Esposito, California Bar No. 267031
560 Mission Street, Suite 2500
San Francisco, CA 94105
Telephone:    415-675-3400
Facsimile:    415-675-3434
E-mail:       marcy.bergman@bryancave.com
              robert.esposito@bryancave.com

Attorneys for Plaintiff
AIRWAIR INTERNATIONAL LTD.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| AIRWAIR INTERNATIONAL LTD., a company of the United Kingdom,<br><br>Plaintiff,<br><br>vs.<br><br>VANCL, a company of China; OVERLABELED, INC., a California corporation; and DOES 1-50,<br><br>Defendants. | Case No. 4:12-cv-03700-DMR<br><br>**[PROPOSED]**<br>**ORDER GRANTING REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**<br><br>Judge: Honorable Donna M. Ryu |

The Court has considered AIRWAIR's Request For Continuance of Case Management Conference.  Good cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

The **December 19, 2012** case management conference is **CONTINUED** to **February 20, 2013** at **1:30 p.m.** in Courtroom 4, 3rd Floor.  A joint case management statement shall be filed by February 13, 2013.  This Order Terminates Docket Number 8.

**IT IS SO ORDERED.**

Dated: Dec. 13, 2012

_____
Honorable Donna M. Ryu
Judge of the District Court
Northern District of California