1  **BRYAN CAVE LLP**
   Marcy J. Bergman, California Bar No. 75826
2  Robert J. Esposito, California Bar No. 267031
   560 Mission Street, Suite 2500
3  San Francisco, CA 94105
   Telephone:     415-675-3400
4  Facsimile:     415-675-3434
   E-mail:        marcy.bergman@bryancave.com
5                 robert.esposito@bryancave.com

6  Attorneys for Plaintiff
   AIRWAIR INTERNATIONAL LTD.

7

8
                    **UNITED STATES DISTRICT COURT**
9
          **NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION**
10

11

| | |
|---|---|
| AIRWAIR INTERNATIONAL LTD., a company of the United Kingdom,<br><br>             Plaintiff,<br><br>vs.<br><br>VANCL, a company of China; OVERLABELED, INC., a California corporation; and DOES 1-50,<br><br>             Defendants. | Case No. 4:12-cv-03700-DMR<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT OVERLABELED, INC. PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**<br><br>Date Action Filed: July 16, 2012<br>Judge: Honorable Donna M. Ryu |

SF01DOCS\134079.2\C070820\0335944

NOTICE OF DISMISSAL OF DEFENDANT OVERLABELED, INC.

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT Plaintiff AIRWAIR INTERNATIONAL LTD. hereby voluntarily dismisses Defendant OVERLABELED, INC. without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Respectfully submitted,

Dated: April 16, 2013         **BRYAN CAVE LLP**

By: */s/ Robert J. Esposito*
   Marcy J. Bergman
   Robert J. Esposito
   Attorneys for Plaintiff
   AIRWAIR INTERNATIONAL LTD.

BRYAN CAVE LLP
560 MISSION STREET, SUITE 2500
SAN FRANCISCO, CA 94105

SF01DOCS\134079.2\C070820\0335944         1         Case No. 4:12-cv-03700-DMR
NOTICE OF DISMISSAL OF DEFENDANT OVERLABELED, INC.