**BRYAN CAVE LLP**
Marcy J. Bergman, California Bar No. 75826
Robert J. Esposito, California Bar No. 267031
560 Mission Street, Suite 2500
San Francisco, CA 94105
Telephone:     415-675-3400
Facsimile:     415-675-3434
E-mail:         marcy.bergman@bryancave.com
                    robert.esposito@bryancave.com

Attorneys for Plaintiff
AIRWAIR INTERNATIONAL LTD.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| AIRWAIR INTERNATIONAL LTD., a company of the United Kingdom,<br><br>Plaintiff,<br><br>vs.<br><br>VANCL, a company of China; OVERLABELED, INC., a California corporation; and DOES 1-50,<br><br>Defendants. | Case No. 4:12-cv-03700-DMR<br><br>**NOTICE OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>**FED. R. CIV. P. 41(a)(1)(A)(i)**<br><br>Date Action Filed: July 16, 2012<br>Judge: Honorable Donna M. Ryu |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE THAT:**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff AIRWAIR INTERNATIONAL LTD. hereby dismisses the entire action with prejudice, each party to bear its own fees and costs.

Dated: June 12, 2013                                **BRYAN CAVE LLP**


                                                    By: _/s/ Robert J. Esposito_
                                                          Marcy J. Bergman
                                                          Robert J. Esposito
                                                          Attorneys for Plaintiff
                                                          AIRWAIR INTERNATIONAL LTD.